STATE OF NEW JERSEY v. LARRY COLE.

July 7, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. MILTON SANFORD.

July 7, 1971. Petition for certification denied.

JAMES HOATSON v. THE POLICE AND FIREMEN'S RETIRE-
MENT SYSTEM, *ETC.*

July 7, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT BLACKWELL.

July 7, 1971. Petition for certification denied.

PUBLIC SERVICE COORDINATED TRANSPORT v.
DELAWARE RIVER PORT AUTHORITY.

July 7, 1971. Petition for certification granted. (See 114
*N. J. Super.* 334).

STATE OF NEW JERSEY v. HERBERT LEE TERRY

July 7, 1971. Petition for certification denied. (See 114
*N. J. Super.* 521).